UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ACE ELDON WADE, JR.,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

CASE NO. C12-5953BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 35. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendant's decision is **REVERSED**; and

(3) This action is **REMANDED** for further administrative proceedings in accordance with the findings contained in the R&R.

Dated this 18th day August, 2014.

              /s/ Benjamin H. Settle
              BENJAMIN H. SETTLE
              United States District Judge

ORDER